UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERACODE, INC., a Delaware )
corporation, ROVI CORPORATION, )
a Delaware corporation )
)
      Plaintiffs, ) Civil Action No. 12-10487-DPW
)
)
)
)
APPTHORITY, INC., a Delaware )
corporation )
)
      Defendant. )

## VERDICT

I. **INFRINGEMENT**

    A. **Infringement of '924 Patent by Appthority**

Do you find that Veracode has established by a preponderance of the evidence that the Appthority Platform infringes any of the following asserted claims of the '924 patent literally?

Claim 1 (independent)      YES __X__      NO _____

**Answer as to Dependent Claim 5, only if you have answered "YES" as to Independent Claim 1, otherwise turn to Independent Claim 17.**

    Dependent Claim 5      YES __X__      NO _____

Claim 17 (independent)      YES _____      NO __X__

B. Infringement of '609 Patent by Appthority

Do you find that Veracode has established by a preponderance of the evidence that the Appthority Platform infringes any of the following asserted claims of the '609 patent literally?

Claim 1 (independent)          YES _____          NO __X__

Answer as to Dependent Claim 13, only if you have answered "YES" as to Independent Claim 1, otherwise turn to Independent Claim 14.  N/A

Dependent Claim 13             YES _____          NO _____

Claim 14 (independent)         YES _____          NO __X__

Answer Question I.C., only if you have answered "YES" as to any part of either or both Questions I.A. and/or I.B.

C. Willfulness

Do you find that Veracode has established by clear and convincing evidence that Appthority's infringement has been willful?

1. As to the '924 Patent:

   YES __X__          NO _____

2. As to the '609 Patent:   N/A

   YES _____     NO _____

## II. VALIDITY

### A. '924 Patent Claims

1. Do you find that Appthority has established by clear and convincing evidence that any of the following asserted claims of the '924 patent are anticipated by the July 1995 article by Cifuentes and Gough entitled "Decompilation of Binary Programs" in the journal *Software Practice and Experience*?

| | | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO __X__ |
| Dependent Claim 5 | YES _____ | NO __X__ |
| Claim 17 (independent) | YES _____ | NO __X__ |

2. Do you find that Appthority has established by clear and convincing evidence that any of the following asserted claims of the '924 patent are obvious in light of the combination of the 1995 article by Cifuentes and Gough in view of U.S. Patent No. 5,132,972 to Hansen?

| | | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO __X__ |
| Dependent Claim 5 | YES _____ | NO __X__ |
| Claim 17 (independent) | YES _____ | NO __X__ |

3. Do you find that Appthority has established by clear and convincing evidence that the following claims of the '924 patent are invalid for lack of written description due to the inclusion of the term "program errors or potential program errors?"

| | | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO __X__ |
| Dependent Claim 5 | YES _____ | NO __X__ |
| Claim 17 (independent) | YES _____ | NO __X__ |

B.   '609 Patent Claims

1. Do you find that Appthority has established by clear and convincing evidence that any of the following asserted claims of the '609 patent are anticipated by the July 1995 article by Cifuentes and Gough entitled "Decompilation of Binary Programs" in the journal *Software Practice and Experience*?

| | | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO __X__ |
| Dependent Claim 13 | YES _____ | NO __X__ |
| Claim 14 (independent) | YES _____ | NO __X__ |

-5-

2. Do you find that Appthority has established by clear and convincing evidence that the following claims of the '609 Patent are invalid for the lack of an adequate written description due to the inclusion of the term "exhaustive?"

| | | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO __X__ |
| Dependent Claim 13 | YES _____ | NO __X__ |
| Claim 14 (independent) | YES _____ | NO __X__ |

8/22/2014
DATE

FOREPERSON

S. DEYSHER