UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERACODE, INC., a Delaware corporation, ROVI SOLUTIONS CORPORATION, a Delaware corporation<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPTHORITY, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Civil Action No. 12-10487-DPW |

## **VERDICT**

**I.　DAMAGES**

　　1.　What amount of damages do you find Veracode has proven by a preponderance of the evidence?

　　　　　AMOUNT　$_____


_____　　　　　　　　　　　　　　_____
　DATE　　　　　　　　　　　　　　　　　　　FOREPERSON