UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERACODE, INC., a Delaware )
corporation, ROVI CORPORATION, )
a Delaware corporation, )
)
Plaintiffs, ) Civil Action No. 12-10487-DPW
)
v. )
)
)
APPTHORITY, INC., a Delaware )
corporation, )
)
Defendant. )

## VERDICT

What amount of damages, if any, do you find Veracode has established by a preponderance of the evidence it sustained as a result of Appthority's infringement?

Answer in Dollar(s) [$] or "None"   $ _781,857_

8/26/2014
DATE

FOREPERSON
S. DEISHER